**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William T. HOLLOMON, Jr., Defendant–Appellant.**

No. 09–6552.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 6, 2009.

William T. Hollomon, Jr., Appellant Pro Se. Brian R. Hood, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM:

William T. Hollomon, Jr., seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Hollomon has not made the requisite showing. Accordingly, we deny Hollomon's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*